**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GILLES COHEN and JOHN MICKLO, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>SUBARU CORPORATION and SUBARU OF AMERICA, INC.,<br><br>　　　　　　　Defendants. | CIVIL NO. 1:20-cv-08442-JHR-AMD<br><br>**CONSENT ORDER TO CONSOLIDATE CASES** |

**THIS MATTER** having been brought before the Court by Plaintiffs, with the consent of Defendants Subaru of America, Inc. and Denso International America, Inc., for an order consolidating this case with *Griffin v. Subaru*, - 1:21-cv-000873-JHR-AMD -;

**IT IS** on this __2__ day of __February__, 2021

**ORDERED** that the Consent Motion to Consolidate is hereby GRANTED, The Clerk is hereby directed to consolidate this matter with Griffin v. Subaru, - 1:21-cv-000873-JHR-AMD, and it is

**FURTHER ORDERED** the schedule governing response to the Amended Consolidated Complaint will be governed by the Schedule stipulated by the Parties and Approved by the Court on January 14, 2021 (ECF. No. 30), and it is

**FURTHER ORDERED** that a copy of this Order be served upon all counsel of record within __10__ days of the date hereof.

　　　　　　　　　　　　　　　　　　／s／ Joseph H. Rodriguez
　　　　　　　　　　　　　　　　　JOSEPH H. RODRIGUEZ, U.S.D.J.